IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 08-cr-00113-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MANUEL SANTISTEVAN,

 Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

 The sentencing hearing is vacated.

 Jury trial (3 weeks) is scheduled to begin **October 18, 2010, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: September 15, 2010            s/Jane Trexler, Judicial Assistant

PDF Final