IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  08-cr-00113-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL SANTISTEVAN,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    To accommodate defense counsel, the status hearing is rescheduled to **November 9, 2010, at 2:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: November 8, 2010                        s/Jane Trexler, Judicial Assistant

PDF Final