IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 08-cr-00113-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL SANTISTEVAN,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    Jury trial (2 weeks) will begin **April 25, 2011, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    Motions hearing (1 day) will be held **February 23, 2011, at 9:00 a.m.** The trial preparation conference will be held **April 6, 2011, at 8:30 a.m.**

Dated: November 22, 2010        s/Jane Trexler, Judicial Assistant

PDF Final