IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  08-cr-00113-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL SANTISTEVAN,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    A change of plea hearing will be held **April 6, 2011, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 18, 2011        s/Jane Trexler, Judicial Assistant

PDF Final