IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  08-cr-00113-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL SANTISTEVAN,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    Jury trial (2 weeks) is scheduled to begin **July 18, 2011, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    Motions hearing (1/2 day) will be held **June 16, 2011, at 1:30 p.m.**

    The trial preparation conference will be held **July 5, 2011, at 1:30 p.m.**

Dated: May 11, 2011                      s/Jane Trexler, Judicial Assistant

PDF Final