IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

| | |
|---|---|
| Courtroom Deputy: Cathy Coomes<br>Court Reporter:     Tracy Weir | Date: July 26, 2011 |

Criminal Action No. 08-cr-00113-WDM-1

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | James Hearty |
| Plaintiff, | |
| v. | |
| MANUEL SANTISTEVAN, *also known as* Manuel Santisteven,<br>*also known as* Raymond Ramirez,<br>*also known as* Manny, | Ariel Benjamin |
| Defendant. | |
| STUART L. SHAPIRO and<br>PAUL BACA, | Stuart L. Shapiro<br>David Bruno |
| Interested Parties | |

COURTROOM MINUTES

**MOTION HEARING**

9:04 a.m.     Court in session.

Defendant is present in custody.

The Court and counsel discuss how to proceed on the Motion to Quash Subpoena *Duces Tecum* by Denver Police Officer Paul Baca (Doc. #135, filed 3/8/11).

Mr. Shapiro and Mr. Bruno argue in support of the motion.

Mr. Benjamin argues in opposition to the motion.

Mr. Hearty argues in support of the motion.

Rebuttal argument by Mr. Shapiro.

**ORDERED:** The Motion to Quash Subpoena *Duces Tecum* by Denver Police Officer Paul Baca (Doc. #135, filed 3/8/11) is **taken under advisement.**

Defendant is remanded.

9:57 a.m.     Court in recess.

Hearing concluded.
Time:  00:53